## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| EDIP PEKTAS, INOA VENTURES MANAGEMENT LLC, MAESTRO INTERNATIONAL CARGO LLC, AND PHILIP FORNARO, <br><br> Plaintiff, <br><br> v. <br><br> ORANGE PELICAN, LLC, <br><br> Defendants. | Case No. 22-CV-0647 |

### DEFENDANT'S NOTICE OF AFFILIATES
### PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Defendant Orange Pelican, LLC identifies the following having an ownership of 5% or more, each of which is an individual, Arvind Ahuja, M.D.

Dated this 25th day of February 2022.

Respectfully Submitted,

ORANGE PELICAN, LLC

By: /s/ Mark M. Leitner

Laffey, Leitner & Goode LLC
Mark M. Leitner
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
414.312.7003 | 414.755.7089 (f)
mleitner@llgmke.com



## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing DEFENDANT ORANGE PELICAN LLC's NOTICE OF AFFILIATED PURSUANT TO LOCAL RULE 3.2 with the Clerk of the Court using CM/ECF system which will sent notification of such filing to the following:

Thomas R. Dee
Chad Schiefelbein
Vedder Price P.C.
222 N, LaSalle St., Suite 2400
Chicago, IL 60601
tdee@vedderprice.com
cschiefelbein@vedderprice.com

Dated this 25th day of February 2022.

*s/ Mark M. Leitner*
Mark M. Leitner